---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern_____ District of _Texas - Houston Dvision_
(State)

Case number *(If known):* _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | ____InterChem USA Inc____ |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 7_ 5_ – 2_ 6_ 1_ 1_ 8_ 6_ 3_ |

4. **Debtor's address**

**Principal place of business**

2800 Post Oak Blvd
Number        Street

Suite 5201

Houston                          TX        77056
City                              State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Regus Wisma Atria 11th Floor

435 Orchard Road
Number        Street

P.O. Box

Singapore                  MAL        238877
City                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                        State      ZIP Code

5. **Debtor's website** (URL)    _www.interchem.sg_

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | InterChem USA Inc | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_4_ _2_ _4_ _7_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                               MM / DD / YYYY

         District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor _Interchem Pte Ltd_ Relationship _Holding company of Interchem USA Inc (100%)_

         District _Singapore_ When _12/14/2018_
                               MM / DD / YYYY

         Case number, if known _IIC/OS 1542/2018_

Debtor _____InterChem USA Inc_____  Case number *(if known)*_____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**_____<br>    Number       Street<br>_____<br><br>_____<br>    City                        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name    _____<br>         Phone            _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☑ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | InterChem USA Inc | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04  01  2019
                MM / DD / YYYY

X _____         Rob Langstraat
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

X _____         Date   4 / 1 / 2019
Signature of attorney for debtor                           MM / DD / YYYY

William A. (Trey) Wood
Printed name

Bracewell LLP
Firm name

711 Louisiana Street Suite 2300
Number     Street

Houston                                          TX       77002-2770
City                                              State    ZIP Code

1.713.221.1166                                    trey.wood@bracewell.com
Contact phone                                     Email address

21916050                                          Texas
Bar number                                        State

---

Debtor      InterChem USA Inc                          Case number *(if known)*
             Name

Additional Filings

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Interchem Logistics B.V.      Relationship  Child company of Interchem PTE Ltd

        District  Rotterdamn                    When  Unknown
                                                                        MM  /  DD  / YYYY

        Case number, if known  N/A

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **5**

# United States Bankruptcy Court
## Southern District of Texas

In re   **InterChem USA Inc**                                                    Case No.

                                     Debtor(s)                                    Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **InterChem USA Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

> **InterChem Pte Ltd**
> **40 Bukit Pasoh Road**
> **Singapore,  089854**

04/02/2019                                                    /s/ William A. (Trey) Wood III

Date                                                    **William A. (Trey) Wood III 21916050**

                                        Signature of Attorney or Litigant

                                        Counsel for **InterChem USA Inc**

                                        **Bracewell LLP**
                                        **711 Louisiana Street**
                                        **Suite 2300**
                                        **Houston, TX 77002-2770**
                                        **Phone: 713-221-1166 Fax: 713-221-2124**
                                        **trey.wood@bracewell.com**

LIST OF CREDITORS

ABN Amro
Gustav Mahlerlaan 10
1082 PP
Amsterdam Netherlands


ADP
One ADP Boulevard
Roseland, NJ 07068



Advance Panel System
6607 Long Point Rd
Houston, TX 77055



Aetna
151 Farmington Avenue
Hartford, CT 06156



AFCO ENERGY LLC
Attn:  Leon Arets
2925 Richmond Ave
Suite 1200
Houston, TX 77027

AFCO Energy PTE Ltd
Attn:  Troy Rogers
#29-02
Six Battery Road
Singapore, 49909

AFCO Energy PTE Ltd
Attn:  Leon Arets
#29-02
Six Battery Road
Singapore, 49909

AFCO Energy PTE Ltd
Attn:  Fang Wei Lim
#29-02
Six Battery Road
Singapore, 49909

AFCO International B.V.
Attn:  Leon Arets
3316 BE Dordrecht
Mijlweg 61, Netherlands 3316

```
AFCO Petrochemicals Pte Ltd
Attn:  Leon Arets
#29-02
Six Battery Road
Singapore, 49909

Albion Chartering LLC
Attn:  Saul Garfield
1614 Ranchwood Court
Katy, TX 77450


Albion Chartering LLC
Attn:  Saul Garfield
6308 Five Mile Centre Park
Suite 215
Fredericksburg, VA 22407

Alon Refining Krotz Springs Inc.
12700 Park Central Drive
Suite 1600
Dallas, TX 75251


Alpac Marketing Services, Inc.
4900 Woodway Drive
Suite 760
Houston, TX 77056


Altis Group International LLC
8 Greenway Plaza
Suite 460
Houston, TX 77046


American Cargo Assurance
Central Street
Houston, TX 77012



American Express-USA
World Financial Center
200 Vesey Street
New York, NY 10285


American Payroll Alliances
9432 Katy Freeway
Suite 380
Houston, TX 77055
```

American United Life Insurance
One America Financial Partners Inc.
PO Box 368
Indianapolis, IN 46206-0368


Americas Styrenics
24 Waterway Avenue
Suite 1200
The Woodlands, TX 77380


Amspec LLC
1249 South River Road
Suite 204
Cranbury, NJ 08512


AOT Energy Americas LLC
5847 San Fellipe Street
Suite 2850
Houston, TX 77057


Apex Energy, LLC
655 Deep Valley Drive
Suite 310
Rolling Hills Estates, CA 90274


Arb Midstream Logistics LLC
1600 Broadway
Suite 2400
Denver, CO 80202


Ascend Performance Materials, LLC
PO Box 66760
St. Louis, MO 63166



Asia Pacific Intertrade PTE LTD
8 Temasek Boulevard
#35-03 Suntec Tower Three
Singapore, MAL 038988


Astra Oil Company LLC
5847 San Fellipe Street
Suite 2850
Houston, TX 77057

Atlantic Trading & Marketing, Inc.
5847 San Felipe St, San Felipe Plaza
Suite 2100
Houston, TX 77057


Atradius Collection Inc.
3500 Lacey Road
Suite 220
Downers Grove, IL 60515


Australia & New Zealand Banking Group Ltd
1 Raffles Place
#32-00 OUB Centre
Singapore MAL  049481


Axiall, LLC
2900 N Loop West
Suite 1200
Houston, TX 77092


Axion Energy Argentina SA
Carlos María Della Paolera 265 Piso 22
Buenos Aires, ARG 1001


B Jamin' Custom Metals
12153 South Wamblee Valley Road
Conifer, CO 80433


Bank of China, Singapore Branch
4 Battery Road
Singapore, MAL 049908


Banque Cantonale De Geneve
Quai de L'Ile 17
Genève, SWI 2251


BASF Corporation
100 Park Ave
Dept 903
Florham Park, NJ 07932-0685

BASF Intertrade Corporation
1111 Bagby Street
Suite 2630
Houston, TX 77002


BASF Intertrade Corporation
Attn:  David Mason/Yvonne Laymance
11750 Katy Freeway
Suite 1628
Houston, TX 77079

BASF Intertrade Corporation
Attn:  David Mason
1111 Bagby Street
Suite 2630
Houston, TX 77002

BASF Intertrade Corporation
Attn:  David Mason
11750 Katy Freeway
Suite 1628
Houston, TX 77079

Bayer Material Science, LLC
100 Bayer Road
Pittsburgh, PA  15205


Black Diamond Commodities
1110 Sout Avenue
Suite 77
Staten Island, NY 10314


Bloomberg Finance LP
731 Lexington Avenue
New York, NY 10022


BNP Paribas, Singapore Branch
20 Collyer Quay #01-01
Singapore MAL 049319


BP Amoco Chemical Company
150 West Warrenville Road
Naperville, IL 60563-8473


BP North America Petroleum
350 Coastal Street
Newark, NJ 07114

BP Products North America, Inc.
30 South Wacker Drive
Suite 900
Chicago, IL 60606


Bracewell LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002


Braskem Idesa
Blvd Manuel Avila Camacho36 PS 24
Lomas De Chapultepec
Miguel Hidalgo
CP 11000 Mexico D.F.

Braskem Idesa
Attn:  David Alamilla, Accounts Receivable
Blvd Manuel Avila Camacho36 PS 24
Lomas De Chapultepec, Miguel Hidalgo
CP 11000 Mexico D.F.

Braskem Idesa S.A.P.I
Attn:  Lorena Villasenor
Blvd Manuel Avila Camacho36 PS 24
Lomas De Chapultepec, Miguel Hidalgo
CP 11000 Mexico D.F.

Braskem Netherlands B.V.
Beursplein 37
Rotterdam NLD 3011 AA


Brenntag Latin America, Inc.
5300 Memorial Drive
Suite 1100
Houston, TX 77007


Child Advocates of Fort Bend
5403 Avenue N
Rosenberg, TX 77471


Canadian Passthrough Tax
1050 Notre Dame Ave
Sudbury, ON P3A 5C2

Cargill Inc.
840 W Sam Houston Pkwy
Houston, TX 77024


Caribe Tankers LTD
Trust Company Complex
Ajeltake Road
Ajeltake Island Majuro, MH 96960


Castleton Commodities Merchant Trading
2200 Atlantic Street
Suite 800
Stamford, CT 06902-6834


Chase Bank
30 N 1st Ave
Phoenix, AZ 85003


Chasing a Dream
PO Box 16481
Sugar Land, TX 77496


Chembulk Ocean Transport LLC
Attn:  Caitlin Gilligan
175 Rennell Drive
The Delamar
Southport, CT 06890

Chembulk Ocean Transport LLC
c/o Bank of America Merrill Lynch
110 W 33rd Street
New York, NY 10001


Chemium International Corp.(BVI)
c/o Chemium International Corp.
1455 West Loop South
Suite 550
Houston, TX 77027

The Chemours Company
1007 Market Street
Wilmington, DE 19898


Chemstar, Inc.
9204 Emmott Road
Houston, TX 77040

Chevron Phillips Chemical Company
10001 Six Pines Drive
PO Box 4910
The Woodlands, TX 77387-4910


Chevron Prod. Co. A Div. Of Chev. USA, Inc.
1500 Louisiana
3rd Floor
Houston, TX 77002


Citgo Petroleum Corporation
1293 Eldridge Parkway
P.O. Box 4689
Houston, TX 77077


Citibank, N.A., Singapore Branch
8 Marina View
#17-01 Asia Square Tower 1
Singapore, MAL 018960


City of St Gabriel
5035 Iberville Street
St Gabriel, LA 70776


Clarksons Platou Shipping Services USA LLC
Attn:  Rebekka Urbina
1333 W Loop S # 1525
Houston, TX 77027


Coastal Gulf & International, Inc.
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Coastal Gulf & International, Inc.
P. O. Box 429
Kenner, LA 70063-0429


Colonial Oil Industries Inc.
3 Riverway
Suite 2000
Houston, TX 77056-1910

```
Colonial Pipeline Company
Attn:  Kristie Rox
1185 Sanctuary Parkway
#100
Alpgaretta, GA 30009

Colonial Pipeline Company
1185 Sanctuary Parkway
#100
Alpgaretta, GA 30009

Colonial Pipeline Company
Attn:  Alyssa Wesolowski
1185 Sanctuary Parkway
#100
Alpgaretta, GA 30009

Colonial Pipeline Company
P.O. Box 1624
Alpgaretta, GA 30009-9934


Companhia Petroquimica De Pernambuco
Rodovia PE60, KM10
Zona Industrial 3B (ZI-3B), s/n
Suape  Ipojuca
Brazil, PE 55590-000

Conchemco, Ltd.
17819 Davenport Road
Suite 110
Dallas, TX 75252

Conoco Phillips Company
600 North Dairy Ashford
Houston, TX 77252-2197


Cooperatieve Rabobank, Singapore Branch
77 Robinson Road
#09-00
Singapore, MAL 068896


Covestro LLC
Erik R. Christianson, Procurement
Building 5
1 Covestro Circle
Pittsburgh, PA 15205
```

```
Crain, Caton & James
Attn:  C. Henry Kollenberg
1401 McKinney Street
17th Floor
Houston, TX 77010-4035

Crain, Caton & James
Attn:  Raynel Ward
1401 McKinney Street
17th Floor
Houston, TX 77010

Credit Agricole Invesment Bank, Singapore Br
168 Robinson Road #22-01
Capital Tower
Singapore, MAL 068912


Credit Europe Bank N.V.
Karspeldreef 6A
Amsterdam, NLD 1101 CJ



Credit Europe Bank N.V.
Attn:  Yavuz  Tayfun, Division Director
Karspeldreef 6A
Amsterdam, NLD 1101 CJ


Credit Europe Bank N.V.
Attn:  Aike Krips, Div. Director Legal
Karspeldreef 6A
Amsterdam, NLD 1101 CJ


CT Corporation System
111 Eighth Avenue
New York, NY 10011



CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201


CT Corporation/Citgo Petroleum Corp
Attn: Aaron R. Crane
609 Main
Suite 4200
Houston, TX 77002
```

Aaron Crane
609 Main
Suite 4200
Houston, TX 77002


Tyler Cummings
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Roberto Dahlgren
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Dak Americas LLC
7621 Little Avenue
Suite 500
Charlotte, NC 28226


DBS Bank Ltd
12 Marina Boulevard Marina Bay
Financial Centre Tower Three
Singapore, MAL 018982


Debner Company
8020 Katy Freeway
Houston, TX 77024


Delta Midstream Partners, LLC
12714 Kingsride Lane
Houston, TX 77024


Dinowic Pte Ltd
16 Raffles Quay #27- 01A
Hong Leong Building
Singapore, MAL 048581


Dow Chemical Company
1254 Enclave Parkway
Houston, TX 77077-1607


The Dow Chemical Company
2211 H.H. Dow Way
Midland, MI 48674

```
DWOB
40 Rector Street
16th Floor
New York, NY 10006


Echo Energy
40 George Street
2nd Floor
London England W1U 7DW


ED&F Man Capital Markets
440 LaSalle Street
Chicago, IL 60605


E D & F Man Capital Markets Limited
Attn:  Shannon McManigan
3 London Bridge Street
London, UK SE1 9SG


ED&F Man Capital Markets
440 S LaSalle Street
Chicago, IL 60605


ED&F Man Capital Markets
Shannon McManigan, Futures Operations
440 S LaSalle Street
Chicago, IL 60605


Eastport Maritime USA LLC
Attn:  Gabriel S. Ornaf
1355 Northern Boulevard
3rd Floor
Manhasset, NY 11030


Echo Energy
40 George Street
2nd Floor
London, UK W1U 7DW


Echo Energy, LLC
Attn:  Andre Flaviani
950 Echo Lane
Suite 340
Houston, TX 77024
```

Element Americas Inc.
820 Gessner Road
Houston, TX 77024


Enbridge Pipelines Inc
425 1st Street SW
Calgary, AB T2P 38L8


Enterprise Crude Pipeline LLC
Attention Evelyn Pohl
PO Box 972866
Dallas, TX 75397


Enterprise Products Operating LLC
1100 Louisiana Street
10th Floor
Houston, TX 77002


Equistar Chemical, LP
1221 McKinney
Suite 1600
Houston, TX 77010-3646


Ernst & Young LLP
200 Plaza Drive
Seacucus, NJ 07094


Exxon Mobil Chemical Company
13501 Katy Freeway
CORP-EMCC-L3-326
Houston, TX 77079


Exxon Mobil Chemical Company
Attn:  Krisztina Romero
13501 Katy Freeway
CORP-EMCC-L3-326
Houston, TX 77079


Exxon Mobil Oil Corporation
3225 Gallows Road
Fairfax, VA 22037


EY Turnaround Management
200 Plaza Drive
Secaucus, NJ 07094

Fairfield Chemical
21 River Road
2nd Floor
Wilton, CT 06897


First Chemical Corp
974 Centre Road
PO Box 2900
Wilmington, DE 19805


Flint Hills Resources, LP
4111 East 37th Street North
PO Box 2256
Wichita, KS 67220


Formosa Plastics Corporation
201, Tung Hwa North Road
Taipei, TW


Freepoint Commodities LLC
58 Commerce Road
Stamford, CT 06902


Fusion Brokerage USA
9555 W Sam Houston Parkway S
Suite 4348
Houston, TX 77099


Garanti Bank NV
Keizersgracht 569-575
1017 DR
Amsterdam, NLD


GCC Bunkers LLC
20 East Greenway Plaza
Suite 350
Houston, TX 77331


George E. Warren Corporation
3001 Ocean Drive
Suite 203
Vero Beach, FL 32963-1953

Jenny Glass
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Glencore, LTD
301 Tresser Boulevard
15th Floor
Stamford, CT 06901


Goode Systems & Consulting, Inc.
427 Heights Boulevard
Houston, TX 77007-2553


Gulf Oil Limited Partnership
80 William Street
Suite 400
Wellesley Hills, MA 02481


Gunvor USA LLC
1999 Bryan Street
Suite 900
Dallas, TX 75201-3140


Hartford Accident & Indemnity Company
Hartford Plaza
Hartford, CT 06115


Hartford Insurance Co. of the Midwest
690 Asylum Avenue
Hartford, CT 06115


The Hartford
P O Box 660916
Dallas, TX 75266-0916


The Hartford Financial Services Group, Inc.
690 Asylum Avenue
Hartford, CT 06115

Helm de Mexico, S.A.
Proton No. 2
Parque Industrial Naucalpan
Naucalpan, MX


Hess Energy Trading Company, Ltd.
1185 Avenue of the Americas
New York, NY 10036


Hines- Intelligent Real Estate Investment
Attn:  Shannon Davenport
2800 Post Oak Boulevard
Suite 250
Houston, TX 77056

Hines Interests Limited Partnership
Attn:  Property Manager
2800 Post Oak Boulevard
Suite 250
Houston, TX 77056

Hoffman Insurance
368 Washington Street
Wellesley, MA 02481


Hoffman Insurance Group
Attn:  Kim Morar
200 Sugarland
14905 Southwest Freeway
Houston, TX 77478

Hoffman Insurance Group
Attn:  Kim Morar
14905 Southwest Freeway
Suite 200
Sugar Land, TX 77478

The Hong Kong/Shanghai Banking Corp Ltd
Singapore Branch
Robinson Road
PO Box 896
Singapore, MAL 901746

Chris Hogan
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056

```
Hogan Lovells US LLP
Attn:  Aaron R. Crane
609 Main Street
Suite 4200
Houston, TX 77002

Hogan Lovells US LLP/Citgo Petroleum Corp
Attn:  Aaron R. Crane
609 Main Street
Suite 4200
Houston, TX 77002

Holland & Knight LLP
Attn: Jonetta Brooks
200 Crescent Court
Suite 1600
Dallas, TX 75201

Houston Bayport Energy Limited
2000 Westchester Avenue
Purchase, NY 10577


Houston Food Bank
535 Portwall Street
Houston, TX 77029


Houston Refining, LP
PO Box 245
Houston, TX 77252


Huntsman International, LLC
10003 Woodloch Forest Drive
The Woodlands, TX 77380


Husky Midstream General Partnership
Attn:  Sean O'Reilly
707 - 8th Avenue SW
Calgary, AB T2P 3GP


Iberville Parish Tax Collector
Iberville Parish Courthouse
58050 Meriam Street
1st Floor
Plaquemine, LA 70764

ICC Chemical Corporation
460 Park Avenue
New York, NY  10022
```

ICE US OTC Commodity Markets, LLC
2100 River Edge Parkway
5th Floor
Atlanta, GA 30328


Indorama Ventures Xylenes and PTA LLC
1401 Finley Island Road Decatur
Decatur, AL  35601


Industrial & Commercial Bank of China
Singapore Branch
No. 23-01, 6 Raffles Quay
Singapore, MAL 048580


Ineos Phenol, LLC
7770 Rangeline Road
Theodore, AL 36582


Ineos Styrolution America, LLC
4245 Merdian Parkway
Suite 151
Aurora, IL 60504


ING Bank N.V., Rotterdam Branch
ING Wholesale Banking
Bijlmerplein 888
1102 MG
Amsterdam, NLD

ING Bank N.V., Singapore Branch
1 Wallich St
#12-01 Guoco Tower
Singapore, MAL 078881


Integra US Marketing, LLC
5075 Westheimer Road
Suite 790
Houston, TX 77056


InterChem Pte Ltd
Attn:  Paulo Schutz
40 Bukit Pasoh Road
Singapore, MAL 089854

Intergulf Corp.
428 Highway 146 S
LaPorte, TX 77571


Internal Revenue Service
55 West 125th Street Front 1
New York, NY 10027


Intertek USA Inc.
P.O. Box 416482
Boston, MA 02241-6482


Intertek USA Inc./Intertek Testing Services NA, Inc.
Attn:  Sapatarishi Kar, Accounts Receivable
P.O. Box 416482
Boston, MA 02241-6482


Intertek Testing Services De Mexico, S.A. De C.V.
Attn:  Sapatarishi Kar, Accounts Receivable
Poniente 134 660
Industrial Vallejo Azcapotzalco, MX 02300


Jet Pep, Inc.
9481 Us Highway 278 East
PO Box 143
Holly Pond, AL  35083


Kastle Systems
6402 Arlington Boulevard
Falls Church, VA 22042


Kids Meals Inc
330 Garden Oaks Blvd
Houston, TX 77018


Kirby Inland Marine, LP
55 Waugh Drive
Suite 1000
Houston, TX 77007


Koch Methanol, LLC
4111 East 37th Street North
Wichita, KS 67220

Koch Shipping Pte
112 Robinson Road
Singapore,  068902


Koch Shipping Pte Ltd.
260 Orchard Road #11-01/19
The Heeren
Singapore, 238855


Koch Supply & Trading, LP
4111 East 37th Street North
PO Box 2302
Wichita, KS 67220


Kolmar Americas, Inc.
10 Middle Street
Penthouse
Bridgeport, CT 06604


KPMG
Attn:  Roxana Anaid Cardoso Cruz
KPMG Cárdenas Dosal, S.C. (México)
Manuel Ávila Camacho No. 176 P 14
Ciudad de México, C.P., 11650

LBC Houston L.P.
11666 Port Road
Bayport Industrial Complex
Seabrook, TX 77586


Literacy Council of Fort Bend
12530 Emily Ct
Houston, TX 77478


Manuel R. Llorca LLC
309 Greenwood Drive
Panama City, FL 32407-5429


Lotte Chemical Corporation
300 Olympic-ro
Seoul, KOR 05551

Jessica Lozolla
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Lukoil Pan Americas, LLC Red Bank
1095 Avenue of the Americas
33rd Floor
New York, NY 10036


Lyondell Chemical Company
1221 McKinney
Suite 700
Houston, TX 77010


Lyondellbasell Credit Services
Delftseplein 27E
3013 AA
Rotterdam, NLD


Macquarie Commodities Trading US LLC
500 Dallas Street
Suite 3300
Houston, TX 77002-4719


Marathon Petroleum Company, LP
Attn:  Kevin Kachur
539 South Main Street
Findlay, OH 45840


Marathon Petroleum Company, LP
2800 Post Oak Blvd
Suite 6000
Houston, TX 77056


Marathon Petroleum Company, LP
375 Lexington Avenue
New York, NY 10017


Mercuria Energy Trading, Inc.
311 South Wacker Drive
Suite 1700
Chicago, IL 60606

Mitsubishi International Corporation
1 Houston Center
Suite 3500
Houston, TX 77010


Mitsubishi International Corporation
655 Third Avenue
3rd Floor
New York, NY 10017


Mitsui & Co. (USA) Inc.
1300 Post Oak Boulevard
Suite 1700
Houston, TX 77056


Moab Oil
20 Marshall Street
Norwalk, CT 06854


Momentum VW
2405 Richmond Ave
Houston, TX 77098


Monument Chemical
6510 Telecom Drive
#425
Indianapolis, IN 46278


Morgan Stanley Capital Group, Inc.
2000 Westchester Avenue
Purchase, NY 10577


Motiva Enterprises LLC
500 Dallas Street
Houston, TX 77002


Robert Moya
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Murphy Oil
300 Peach Street
El Dorado, AR 71730

Ne2 Group
1221 McKinney
Suite 3305
Houston, TX 77010


Neville Chemical Company
2800 Neville Road
Pittsburgh, PA 15224-1496


Nexen Marketing
2000 West Sam Houston Parkway South
Suite 200
Houston, TX 77042


NIC Holding Corporation
225 Broad Hollow Road
Suite 212
Melville, NY 11747


Nicole Nolan
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Noble Americas Corp.
Four Samford Plaza
107 Elm Street
Stamford, CT 06902


Noble Americas, Inc.
2000 W Sam Houston Parkway
Suite 1155
Houston, TX 77042


Noble Petro Inc.
Four Samford Plaza
107 Elm Street
Stamford, CT 06902


NOVA Chemicals, Inc.
1555 Coraopolis Heights Rd.
Moon Township, PA 15108

OAI
3000 K Street, NW
Suite E280
Washington DC 20007


OMAN Trading International Inc.
777 Post Oak Boulevard
Suite 430
Houston, TX 77056


Oversea-Chinese Banking Corporate Ltd
No. 10-00 OCBC Centre East
63 Chulia Street
Singapore MAL 049514


Panamerican Chemical Marketing, Ltd.
2000 W Loop South
Suite 2020
Houston, TX 77027


Parachem Chemicals, LP
3500 Broad Street
Montreal, QC HiB 5B4


Pampa Energia S.A.
Maipu 1
C1084ABA
Buenos Aires


PBF Holding Company LLC
1 Sylvan Way
Second Floor
Parsippany, NJ 07054


PDV Midwest Refining LLC
135th Street & New Avenue
Lemont, IL  60439


Petrobras America, Inc.
10350 Richmonde Avenue
Suite 1400
Houston, TX 77042


Phillips 66
PO Box 4426
Houston, TX 77210

Plains Pipeline, L.P.
175 Co Road 404
Three Rivers, TX 78071


Polioles
Fernando Montes de Oca #71
Colonia Condesa Del. Cuauhtémoc, MX 06140


QT Fuels Incorporated
4705 South 129th East Avenue
Tulsa, OK 74134


Raetsheren Van Orden B.V.
Arcadialaan 36a
PO Box 1015
KA Alkmaar NLD 1810


Ravago LMT USA LLC
1900 Summit Twr Boulevard # 900
Orland, FL 32810


Ready Refresh
#216 6661 Dixie Highway
Suite 4
Louisville, KY 40258


Reed Smith LLP
Attn:  Charles Welle
The Broadgate Tower
20 Primrose Street
London, UK  EC2A 2RS


Reed Smith LLP
Attn:  Claire L. Brown
The Broadgate Tower
20 Primrose Street
London, UK  EC2A 2RS


Reed Smith LLP
Attn:  Charles Weller
The Broadgate Tower
20 Primrose Street
London, UK  EC2A 2RS

Repsol Trading USA Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808


Resinall, Corp.
PO Box 8149
Stamford, CT 06905



Resirene
Carretera Federal Puebla
Tlaxcala KM 15.5
Xicohtzinco, Tlaxcala MX 90780


Reter Comercializadora De Productos
Bosque de Radiatas 34
Col. Bosques de las Lomas, Del. Cuajimalpa,
Ciudad de México, Distrito Federal, MX


Robert Half
1980 Post Oak Boulevard
Suite 1475
Houston, TX 77056


Rolympus (US) Comm Group, LLC
2000 Westchester Avenue
Purchase, NY 10577



Sabic Americas, Inc.
2500 City West Boulevard
Suite 650
Houston, TX 77042


Sabic Innovative Plastics US, LLC
One Plastics Avenue
Pittsfield, PA 01201



Sabic US
2500 CityWest Boulevard
#100
Houston, TX 77042


Sage Refined Products, Ltd.
1800 Post Oak Boulevard
Houston, TX 77056

Samsung C&T America, Inc.
5847 San Fellipe Street
Suite 1500
Houston, TX 77057


Griselda Sarabia
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Paulo Shultz
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Bill Sellis
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


SGS
1201 W 8th Street
Deer Park, TX 77536


Shell Chemical, LP
One Shell Plaza
PO Box 2463
Houston, TX 77252-2463


Shell Trading US Company
1000 Main St
Level 12
Houston, TX 77002


Sinopec Chemical Commercial
22 Chaoyangmen North Street
Chaoyang District
Beijing, 100728


SK GC Americas, Inc.
1300 Post Oak Boulevard
Suite 425
Houston, TX 77056

Smile Train
633 Third Avenue
9th Floor
New York, NY 10017


Victoria Smith
2800 Post Oak Boulevard
Suite 5201
Houston, TX 77056


Societe Generale, Singapore Branch
8 Marina Boulevard
#07-01
Singapore, MAL 018981


Standard Chartered Bank, Singapore Branch
6 Battery Road
Singapore, MAL 049909


State of Alabama
50 North Ripley Street
Montgomery, AL   36104


State of Louisiana
617 North Third Street
Baton Rouge, LA 70802


State of Mississippi
500 Clinton Center Drive
Clinton, MS 39056


State of New York
W A Harriman Campus
Albany, NY 12226


State of Pennsylvania
Lobby - Strawberry SQ
Harrisburg, PA 17128-0101

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774


Strong Pipkin Bissell & Ledyard, L.L.P.
Attn:  Michelle Lauve
595 Orleans
Suite 1400
Beaumont, TX 77701

Strong Pipkin Bissell & Ledyard, L.L.P.
Attn: Michelle Lauve
4900 Woodway Drive
Suite 1200
Houston, TX 77056

Strong Pipkin Bissell & Ledyard, L.L.P.
4900 Woodway Drive
Suite 1200
Houston, TX 77056


Styrolution America, LLC
25846 SW Frontage Road
Channahon, IL   60410


Sumitomo Corporation of Americas
820 Gessner Road
Suite 600
Houston, TX   77024


Summit Petrochemical Trading Inc. (Houston)
700 Louisiana Street
Suite 2610
Houston, TX 77002-2791


Sunoco Chemicals
1801 Market Street
Ten Penn Center
Philadelphia, PA   19103-1699


Taipei Fubon Commercial Bank Co.
Singapore Branch
1 Raffkes Quay #19-03
Singapore, MAL 048583

```
Tauber Petrochemical Company
55 Waugh Drive
Suite 700
Houston, TX 77007


Texas Aromatics, LP
PO Box 22856
Houston, TX 77227



Texas International Terminals Ltd
4800 Port Industrial Road
Galveston, TX 77554



Texas Mutual Insurance
2200 Aldrich Street
Austin, TX 78723-3474


Tideport Distributing, Inc.
16031 DeZavalla Road
Channelview, TX 77530


Tideport Distributing, Inc.
4252 FM 892
PO Box 1226
Robstown, TX 78380


Tideport Distributing, Inc.
4225 Research Forrest
Suite 204
The Woodlands, TX 77381


Total Petrochemical & Refining USA, Inc.
1201 Louisiana
Suite 1800
Houston, TX 77002


Trafigura AG
1401 McKinney Street
Suite 1500
Houston, TX 77010-4035
```

Trammo, Inc. Chemicals Division
17 Old Kings Hwy SO
Suite 1000
Darien, CT 06820-4526


Transmontaigne Product Services LLC
804 N Dock Street
Palmetto, FL 34221-6604


Tribute Energy
2100 West Loop South
Suite 1220
Houston, TX 77027


Tricon Energy Ltd
Maya Akar Center
No. 102/74-75
Istanbul, TUR 34394


Trumbull Insurance Company
1 Hartford Plaza T 17 81
Hartford, CT 06115


UNICEF
520 Post Oak Boulevard
Houston, TX 77027


US Oil - Div. of U.S. Venture, Inc.
425 Better Way
Appleton, WI 54915


US Customs and Border Protection
1300 Pennsylvania Ave NW
Washington DC 20229


US Petrochemicals Inc.
5075 Westheimer Road
Houston, TX 77056

Valero Marketing And Supply Company
One Valero Way
San Antonio, TX 78248-1112


Valls International, Inc.
210 S. Carancahua
Suite 600
Corpus Christi, TX 78401


Verdolino & Lowey
124 Washington Street
Suite 101
Foxboro, MA 02035


Videolar S.A.
Av. Abiurana, 1616 Distrito Industrial
Manaus BRAZIL


Vinmar Overseas, Ltd.
16800 Imperial Valley Drive
Suite 499
Houston, TX 77060


Vitol, Inc.
1100 Louisiana
Suite 550
Houston, TX  77002


Water.org
117 West 20th Street
Suite 203
Kansas City, MO 64108


Wawa, Inc.
260 West Baltimore Pike
Wawa, PA 19063


Weaver and Tidwell, LLP
2821 West 7th Street
Suite 700
Fort Worth, TX 76107


Westlake Styrene, LLC
2801 Post Oak Boulevard
Houston, TX 77056

Williams Tower LP
Attn:  Shannon Davenport
2800 Post Oak Boulevard
Suite 5201
Houston, TX 60173

Worldwide Express
PO Box 27400
Houston, TX 77227


Woroco Management, LLC
40 Woodbridge Avenue
Suite 203
Sewaren, NJ 07077


Wounded Warrior
2200 Space Park Drive
Suite 100
Houston, TX 77058


WRB Refining, LP
c/o Phillips 66 Company
PO Box 4428
Houston, TX 77210


Xerox Corporation
201 Merritt 7 PO Box 4505
Norwalk, CT 06851


YMCA of Greater Houston
PO Box 3007
Houston, TX 77253


Young Life
900 Town & Country Lane
Suite 302
Houston, TX 77024-226


YPF S.A
Macacha Güemes 515
Buenos Aires, ARG C1106BKK