**Fill in this information to identify the case:**

Debtor name  Interchem USA Inc.

United States Bankruptcy Court for the: Southern District of Texas Houston Division

Case number (If known): N/A

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

### 1. Does the debtor have any cash or cash equivalents

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

### 2. Cash on hand
$ _____ 0.00

### 3. Checking, savings, money market, or financial brokerage accounts (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| See Exhibit 3 - Accounts | | | $ _____ 260,883.62 |

### 4. Other cash equivalents (Identify all)

NONE                                                                    $ _____ 0.00

### 5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ _____ 260,883.62

**Part 2:**     Deposits and prepayments

### 6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

### 7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| NONE | $ | 0.00 |

### 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of deposit

| NONE | $ | 0.00 |

### 9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.

$     0.00

**Part 3:**     Accounts receivable

### 10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

### 11. Accounts receivable

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $ | 19,583.00 | - | $ | 0.00 | = | $ | 19,583.33 |
| | | face amount | | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | $ | 1,637,383.00 | - | $ | 0.00 | = | $ | 1,637,382.54 |
| | | face amount | | | doubtful or uncollectible accounts | | | |

### 12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$     1,656,965.87

**Part 4:**     Investments

### 13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

### 14. Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

| NONE | | $ | 0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                         % of ownership:

NONE _____  _____%  _____  $ _____ 0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

NONE _____  _____  $ _____ 0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                  $ _____ 0.00

---

| **Part 5:** | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| NONE | MM / DD / YYYY | $ 0.00 | | $ 0.00 |
| **20. Work in progress** | | | | |
| NONE | MM / DD / YYYY | $ 0.00 | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| NONE | MM / DD / YYYY | $ 0.00 | | $ 0.00 |
| **22. Other inventory or supplies** | | | | |
| NONE | MM / DD / YYYY | $ 0.00 | | $ 0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                  $ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**28. Crops—either planted or harvested**

| NONE | $ 0.00 | | $ 0.00 |
|---|---|---|---|

**29. Farm animals Examples: Livestock, poultry, farm-raised fish**

| NONE | $ 0.00 | | $ 0.00 |
|---|---|---|---|

**30. Farm machinery and equipment (Other than titled motor vehicles)**

| NONE | $ 0.00 | | $ 0.00 |
|---|---|---|---|

**31. Farm and fishing supplies, chemicals, and feed**

| NONE | $ 0.00 | | $ 0.00 |
|---|---|---|---|

**32. Other farming and fishing-related property not already listed in Part 6**

| NONE | $ 0.00 | | $ 0.00 |
|---|---|---|---|

**33 . Total of Part 6**

Add lines 28 through 32. Copy the total to line 85..

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year**

☑ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

### 38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

### 39. Office furniture

| NONE | $            0.00 | | $            0.00 |
|---|---|---|---|

### 40. Office fixtures

| NONE | $            0.00 | | $            0.00 |
|---|---|---|---|

### 41. Office equipment, including all computer equipment and communication systems equipment and software

| NONE | $            0.00 | | $            0.00 |
|---|---|---|---|

### 42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| NONE | $            0.00 | | $            0.00 |
|---|---|---|---|

### 43. Total of Part 7.

Add lines 39 through 42. Copy the total to line 86.

| | $            0.00 |
|---|---|

### 44. Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

### 45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

### 46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

### 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| See Exhibit 47 - Automobiles | $        26,350.00 | | $        26,350.00 |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| NONE | $ | 0.00 | $ | 0.00 |

**49. Aircraft and accessories**

| NONE | $ | 0.00 | $ | 0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| NONE | $ | 0.00 | $ | 0.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $ | 26,350.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:     Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| NONE | | $          0.00 | | $          0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $ | 0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| NONE | $         0.00 | | $         0.00 |
| **61. Internet domain names and websites** | | | |
| NONE | $         0.00 | | $         0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| NONE | $         0.00 | | $         0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| NONE | $         0.00 | | $         0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| NONE | $         0.00 | | $         0.00 |
| **65. Goodwill** | | | |
| NONE | $         0.00 | | $         0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$         0.00

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

NONE _____ $ _____ - $ _____ = $ _____ 0.00
                           Total face amount   doubtful or uncollectible accounts

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

See Exhibit 72 - Tax Refund _____ Tax year _____ $ _____ 803,010.00

**73. Interests in insurance policies or annuities**

NONE _____ $ _____ 0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

NONE _____ $ _____ 0.00

   Nature of claim _____

   Amount requested $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

NONE _____ $ _____ 0.00

   Nature of claim _____

   Amount requested $ _____

**76. Trusts, equitable or future interests in property**

NONE _____ $ _____ 0.00

**77. Other property of any kind not already listed Examples: Season tickets, country club membership**

NONE _____ $ _____ 0.00

**78. Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.

$ _____ 803,010.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 260,883.62 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $ | 1,656,965.87 | |
| **83. Investments.** *Copy line 17, Part 4.* | $ | 0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $ | 0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 26,350.00 | |
| **88. Real property.** *Copy line 56, Part 9.* .......................➔ | | | $ 0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | 0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | $ | 803,010.00 | |
| **91. Total.** Add lines 80 through 90 for each column. ........................ 91a. | $ | 2,747,209.49 | 91b. $ 0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................... | | | $ 2,747,209.49 |

Debtor   Interchem USA Inc. ,
    Name

Case number *(if known)*  N/A

# PART 1, EXHIBIT 3 - ACCOUNTS
## (Continuation Sheet)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 1 | JPMorgan Chase | Checking | XXX - 3469 | $186,008.36 |
| 2 | Banque Cantonale de Geneve | N/A | XXX - | $34,915.61 |
| 3 | Crédit Agricole Corporate and Investment Bank | N/A | XXX - 30SG | $22,175.54 |
| 4 | Credit Europe Group | N/A | XXX - 1648 | $17,784.11 |
| | | | **Total** | $260,883.62 |

Sheet no. 1 of 1 continuation sheets

# PART 8, EXHIBIT 47 - AUTOMOBILES
### (Continuation Sheet)

| | General description<br>Include year, make, model, and identification numbers | Net book value of<br>debtor's interest | Valuation method used<br>for current value | Current value of<br>**debtor's interest** |
|---|---|---|---|---|
| 47.1 | 2016 BMW | $26,350.00 | Book | $26,350.00 |

|  | Total Net Book Value | $26,350.00 | Total Current Value | $26,350.00 |
|---|---|---|---|---|

Sheet no. 1 of 1 continuation sheets

# PART 11, EXHIBIT 72 - TAX REFUNDS AND NET OPERATING LOSSES
### (Continuation Sheet)

| | General Description | Type | Tax year | Amount | Current value of debtor's interest |
|---|---|---|---|---|---|
| 72.1 | Federal Tax Refund | In Dispute | 2017 | $503,010.00 | $503,010.00 |
| 72.2 | Federal Tax Refund | In Dispute | 2017 | $300,000.00 | $300,000.00 |
| | | | | Total | $803,010.00 |

**Fill in this information to identify the case:**

Debtor name <u>Interchem USA Inc.</u>

United States Bankruptcy Court for the: <u>Southern District of Texas Houston Division</u>

Case number (If known): <u>N/A</u>

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

### 1. Do any creditors have claims secured by debtor's property?

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**          **List Creditors Who Have Secured Claims**

### 2. List in alphabetical order all creditors who have secured claims.

If a creditor has more than one secured claim, list the creditor separately for each claim.

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

**Fill in this information to identify the case:**

Debtor name  __Interchem USA Inc.__

United States Bankruptcy Court for the:  __Southern District of Texas Houston Division__

Case number (If known):  __N/A__

---

Official Form 206E/F

☐ Check if this is an amended filing

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:        List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Cummings, Tyler<br>2800 Post Oak Blvd<br>Suite 5201<br>Houston        TX      77056 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $0.00 | + Undetermined |

Date or dates debt was incurred

_____

Last 4 digits of account number    __N/A__

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (__4__ )

Basis for the claim:

__Employee wages__

Is the claim subject to offset?

☐ No

☐ Yes

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0.00 | + Undetermined |

Dahlgren, Roberto

2800 Post Oak Blvd

Suite 5201

Houston        TX        77056

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee wages

Last 4 digits of account number        N/A

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (  4  )

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0.00 | + Undetermined |

Glass, Jenny

2800 Post Oak Blvd

Suite 5201

Houston        TX        77056

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee wages

Last 4 digits of account number        N/A

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (  4  )

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0.00 | + Undetermined |

Hoffman Insurance Group

14905 Southwest Freeway

#200

Sugarland        TX        77478

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Federal depository institutions

Last 4 digits of account number        N/A

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (  9  )

---

**2.5** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $0.00

Priority amount: + Undetermined

Lozolla, Jessica
2800 Post Oak Blvd
Suite 5201
Houston        TX        77056

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee wages

Last 4 digits of account number    N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**2.6** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $0.00

Priority amount: + Undetermined

Nolan, Nicole
2800 Post Oak Blvd
Suite 5201
Houston        TX        77056

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee wages

Last 4 digits of account number    N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**2.7** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $0.00

Priority amount: + Undetermined

Sarabia, Griselda
2800 Post Oak Blvd
Suite 5201
Houston        TX        77056

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee wages

Last 4 digits of account number    N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0.00 | + Undetermined |

Schutz, Paulo

2800 Post Oak Blvd

Suite 5201

Houston          TX          77056

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee wages

Last 4 digits of account
number          N/A

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured
claim: 11 U.S.C. § 507(a) (___4___)

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | $0.00 | + Undetermined |

Sellis, Bill

2800 Post Oak Blvd

Suite 5201

Houston          TX          77056

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee wages

Last 4 digits of account
number          N/A

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured
claim: 11 U.S.C. § 507(a) (___4___)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$318,155.24** |

AFCO Energy PTE LTD

#29-02

Six Battery Road

Singapore          49909

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Trade Payable

Last 4 digits of account number        N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| **3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,754.50** |

American Cargo Assurance

Central St.

Houston          TX     77012

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Trade Payable

Last 4 digits of account number        N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|
| **3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,942.36** |

American Express - USA

World Financial Center

200 Vesey Street

New York          NY     10285

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Trade Payable

Last 4 digits of account number        N/A

Is the claim subject to offset?

- ☐ No
- ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.103** Nonpriority creditor's name and mailing address

American Payroll Alliances

9432 Katy Freeway

Suite 380

Houston          TX          77055

As of the petition filing date, the claim is: **$582.39**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|

**3.104** Nonpriority creditor's name and mailing address

Amspec LLC

1249 South River Rd

Suite 204

Cranbury          NJ          08512

As of the petition filing date, the claim is: **$24,319.41**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|

**3.105** Nonpriority creditor's name and mailing address

BASF Intertrade Corporation

1111 Bagby Street

Suite 2630

Houston          TX          77002

As of the petition filing date, the claim is: **$333,921.67**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   N/A

☐ No
☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$200.00 |
|---|---|---|---|

Black Diamond Commodities

1110 Sout Avenue

Suite 77

Staten Island        NY        10314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account number        N/A

☐ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$15,100.98 |
|---|---|---|---|

Bloomberg Finance LP

731 Lexington Ave

New York        NY        10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account number        N/A

☐ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$1,161,171.27 |
|---|---|---|---|

Braskem Idesa

BLVD Manuel Avila Camacho36 Ps 24

Lomas De Chapultepec

Miguel Hidalgo        DF        11000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account number        N/A

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | $15,659.44 |

As of the petition filing date, the claim is:
Check all that apply.

Chembulk Ocean Transport LLC

175 Rennell Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Southport          CT      06890

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** | $7,407,527.78 |

As of the petition filing date, the claim is:
Check all that apply.

Citgo Petroleum Corporation

1293 Eldridge Parkway
PO Box 4689

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77077

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.111** | **Nonpriority creditor's name and mailing address** | $10,802.71 |

As of the petition filing date, the claim is:
Check all that apply.

Coastal Gulf & International, INC.

2800 Post Oak Blvd,
Suite 5201

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77056

Date or dates debt was incurred

Basis for the claim:
Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.112 | Nonpriority creditor's name and mailing address | $506,585.74 |

**3.112** Nonpriority creditor's name and mailing address

Colonial Pipeline Company

1185 Sanctuary Parkway # 100

Alpharetta          GA      30009

Date or dates debt was incurred

Last 4 digits of account number        N/A

**Amount of claim**
$506,585.74

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

CT Corporation System

111 Eighth Avenue

New York          NY      10011

Date or dates debt was incurred

Last 4 digits of account number        N/A

**Amount of claim**
$558.34

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Cummings, Tyler

2800 Post Oak Blvd

Suite 5201

Houston          TX      77056

Date or dates debt was incurred

Last 4 digits of account number        N/A

**Amount of claim**
$0.00

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Employee Wages & Benefits

Is the claim subject to offset?
☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.115** | Nonpriority creditor's name and mailing address | $0.00 |

As of the petition filing date, the claim is:
Check all that apply.

Dahlgren, Roberto

☑ Contingent

2800 Post Oak Blvd
☑ Unliquidated

Suite 5201
☑ Disputed

Houston        TX        77056

Date or dates debt was incurred

Basis for the claim:

**Employee Wages & Benefits**

Is the claim subject to offset?

Last 4 digits of account
number        N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.116** | Nonpriority creditor's name and mailing address | $8,738.58 |

As of the petition filing date, the claim is:
Check all that apply.

Dak Americas LLC

☐ Contingent

7621 Little Ave
☐ Unliquidated

Suite 500
☐ Disputed

Charlotte        NC        28226

Date or dates debt was incurred

Basis for the claim:

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number        N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.117** | Nonpriority creditor's name and mailing address | $56,455.72 |

As of the petition filing date, the claim is:
Check all that apply.

Dow Chemical Company

☐ Contingent

1254 Enclave Parkway
☐ Unliquidated

☐ Disputed

Houston        TX        77077-1607

Date or dates debt was incurred

Basis for the claim:

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number        N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $5,775.00 |

**3.118** | Nonpriority creditor's name and mailing address

Echo Energy

40 George Street

2nd Floor

London                    W1U 7DW

Date or dates debt was incurred

Last 4 digits of account
number        N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $3,531.60 |

**3.119** | Nonpriority creditor's name and mailing address

ED&F Man Capital Markets

440 S LaSalle St

Chicago           IL       60605

Date or dates debt was incurred

Last 4 digits of account
number        N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $1,276.95 |

**3.120** | Nonpriority creditor's name and mailing address

Enterprise Crude Pipeline LLC

Attention: Evelyn Pohl

PO Box 972866

Dallas            TX       75397

Date or dates debt was incurred

Last 4 digits of account
number        N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | $16,171.88 |

As of the petition filing date, the claim is:
Check all that apply.

**Exxon Mobil Chemical Company a division of Ex**

**13501 Katy Freeway**
**CORP-EMCC-L3-326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX      77079**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number      **N/A**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | $10,156.25 |

As of the petition filing date, the claim is:
Check all that apply.

**Fairfield Chemical**

**21 River Road**
**2nd Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilton          CT      06897**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number      **N/A**

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | $51,990.00 |

As of the petition filing date, the claim is:
Check all that apply.

**Fusion Brokerage USA**

**9555 W Sam Houston Pkwy S**
**Suite 4348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX      77099**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number      **N/A**

☐ No
☐ Yes

| | Amount of claim |
|---|---|

**3.124** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $0.00
Check all that apply.

Glass, Jenny

2800 Post Oak Blvd

Suite 5201

Houston          TX          77056

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Employee Wages & Benefits

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | Amount of claim |
|---|---|

**3.125** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $7,615.98
Check all that apply.

Goode Systems & Consulting, INC.

427 Heights BLVD

Houston          TX          77007-2553

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | Amount of claim |
|---|---|

**3.126** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $0.00
Check all that apply.

Hoffman Insurance Group

14905 Southwest Freeway

#200

Sugarland          TX          77478

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Insurance

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.127** | Nonpriority creditor's name and mailing address | $650.00 |

As of the petition filing date, the claim is:
Check all that apply.

ICE US OTC Commodity Markets, LLC

2100 River Edge Parkway
5th Floor
Atlana          GA     30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     N/A

---

| | | Amount of claim |
|---|---|---|
| **3.128** | Nonpriority creditor's name and mailing address | $30,000.00 |

As of the petition filing date, the claim is:
Check all that apply.

Ineos Phenol, LLC

7770 Rangeline Road

Theodore          AL     36582

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     N/A

---

| | | Amount of claim |
|---|---|---|
| **3.129** | Nonpriority creditor's name and mailing address | $85,000.00 |

As of the petition filing date, the claim is:
Check all that apply.

InterChem Pte Ltd

40 Bukit Pasoh Road

Singapore          089854

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Intercompany Payables

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     N/A

---

| | | Amount of claim |
|---|---|---|
| **3.130** | **Nonpriority creditor's name and mailing address** | $13,750.18 |

As of the petition filing date, the claim is:
Check all that apply.

Intertek USA INC.

P.O. Box 416482

☐ Contingent
☐ Unliquidated
☐ Disputed

Boston          MA     02241 - 6482

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.131** | **Nonpriority creditor's name and mailing address** | $22,758.00 |

As of the petition filing date, the claim is:
Check all that apply.

Kirby Inland Marine, LP

55 Waugh Drive

Suite 1000

Houston          TX     77007

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.132** | **Nonpriority creditor's name and mailing address** | $90,712.16 |

As of the petition filing date, the claim is:
Check all that apply.

Koch Shipping PTE

112 Robinson Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Singapore          068902

Basis for the claim:
Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     N/A

☐ No
☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$52,634.28 |
|---|---|---|---|

LBC Houston L.P.

11666 Port Rd

Bayport Industrial Complex

Seabrook          TX      77586

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      N/A

☐ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$0.00 |
|---|---|---|---|

Lozolla, Jessica

2800 Post Oak Blvd

Suite 5201

Houston          TX      77056

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Employee Wages & Benefits

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      N/A

☐ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim<br>$1,716,759.37 |
|---|---|---|---|

Marathon Petroleum Company, LP

539 South Main Street

Findlay          OH      45840

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      N/A

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.136 | Nonpriority creditor's name and mailing address | $4,175.00 |

**3.136**

Nonpriority creditor's name and mailing address

Moab Oil

20 Marshall Street

Norwalk        CT      06854

Date or dates debt was incurred

Last 4 digits of account number    N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim        $4,175.00

---

**3.137**

Nonpriority creditor's name and mailing address

Ne2 Group

1221 McKinney

Suite 3305

Houston        TX      77010

Date or dates debt was incurred

Last 4 digits of account number    N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim        $20,866.54

---

**3.138**

Nonpriority creditor's name and mailing address

Nolan, Nicole

2800 Post Oak Blvd

Suite 5201

Houston        TX      77056

Date or dates debt was incurred

Last 4 digits of account number    N/A

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Employee Wages & Benefits

Is the claim subject to offset?

☐ No
☐ Yes

Amount of claim        $0.00

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim $36,310.42 |
|---|---|---|---|

**Parachem Chemicals, LP**

**3500 Broad Street**

**Montreal          QC      H1B 5B4**

Date or dates debt was incurred

Last 4 digits of account number      **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Payable**

Is the claim subject to offset?
☐ No
☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim $4,214.78 |
|---|---|---|---|

**Plains Pipeline, L.P.**

**175 Co Rd 404**

**Three Rivers      TX      78071**

Date or dates debt was incurred

Last 4 digits of account number      **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Payable**

Is the claim subject to offset?
☐ No
☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim $53,651.44 |
|---|---|---|---|

**Raetsheren Van Orden B.V.**

**Arcadialaan 36a**
**PO Box 1015**
**KA Alkmaar      NLD    1810**

Date or dates debt was incurred

Last 4 digits of account number      **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Payable**

Is the claim subject to offset?
☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| | | | $29,400.00 |

**3.142** | Nonpriority creditor's name and mailing address

Repsol Trading USA Corporation

2711 Centerville Road

Suite 400

Wilmington      DE      19808

Date or dates debt was incurred

Last 4 digits of account
number      N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| | | | $22,250.00 |

**3.143** | Nonpriority creditor's name and mailing address

Robert Half

1980 Post Oak Blvd

Suite 1475

Houston      TX      77056

Date or dates debt was incurred

Last 4 digits of account
number      N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

| | | | Amount of claim |
|---|---|---|---|
| | | | $1,575.00 |

**3.144** | Nonpriority creditor's name and mailing address

Sage Refined Products, LTD

1800 Post Oak Blvd

Houston      TX      77056

Date or dates debt was incurred

Last 4 digits of account
number      N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $0.00 |

**3.145** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Sarabia, Griselda

☑ Contingent

2800 Post Oak Blvd

☑ Unliquidated

Suite 5201

☑ Disputed

Houston          TX      77056

Date or dates debt was incurred

Basis for the claim:

**Employee Wages & Benefits**

Is the claim subject to offset?

Last 4 digits of account
number      N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $0.00 |

**3.146** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Schutz, Paulo

☑ Contingent

2800 Post Oak Blvd

☑ Unliquidated

Suite 5201

☑ Disputed

Houston          TX      77056

Date or dates debt was incurred

Basis for the claim:

**Employee Wages & Benefits**

Is the claim subject to offset?

Last 4 digits of account
number      N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $0.00 |

**3.147** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Sellis, Bill

☑ Contingent

2800 Post Oak Blvd

☑ Unliquidated

Suite 5201

☑ Disputed

Houston          TX      77056

Date or dates debt was incurred

Basis for the claim:

**Employee Wages & Benefits**

Is the claim subject to offset?

Last 4 digits of account
number      N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $11,052.52 |

3.148 | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

SGS

☐ Contingent
☐ Unliquidated
☐ Disputed

1201 W 8th St.

Deer Park          TX       77536

Basis for the claim:

Date or dates debt was incurred

Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $50,118.83 |

3.149 | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Shell Chemical, LP

☐ Contingent
☐ Unliquidated
☐ Disputed

One Shell Plaza

PO Box 2463

Houston          TX       77252-2463

Basis for the claim:

Date or dates debt was incurred

Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| | | $7,417.87 |

3.150 | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

Strong Pipkin Bissell & Ledyard, L.L.P.

☐ Contingent
☐ Unliquidated
☐ Disputed

4900 Woodway Dr

Suite 1200

Houston          TX       77056

Basis for the claim:

Date or dates debt was incurred

Trade Payable

Is the claim subject to offset?

Last 4 digits of account
number          N/A

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | $80,401.13 |

As of the petition filing date, the claim is:
Check all that apply.

**Texas International Terminals LTD**

- ☐ Contingent
- ☐ Unliquidated

**4800 Port Industrial Road**

- ☐ Disputed

**Galveston        TX        77554**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number      **N/A**

- ☐ No
- ☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | $1,471.00 |

As of the petition filing date, the claim is:
Check all that apply.

**Total Petrochemical & Refining USA, Inc.**

- ☐ Contingent
- ☐ Unliquidated

**1201 Louisiana**

**Suite 1800**

- ☐ Disputed

**Houston        TX        77002**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number      **N/A**

- ☐ No
- ☐ Yes

---

| | | Amount of claim |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | $74.66 |

As of the petition filing date, the claim is:
Check all that apply.

**Weaver and Tidwell, LLP**

- ☐ Contingent
- ☐ Unliquidated

**2821 West 7th Street**

**Suite 700**

- ☐ Disputed

**Fort Worth        TX        76107**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number      **N/A**

- ☐ No
- ☐ Yes

| | Amount of claim |
|---|---|
| | $2,643.13 |

**3.154** | Nonpriority creditor's name and mailing address

Williams Tower LP

2800 Post Oak Boulevard

Suite 5201

Houston          TX          60173

Date or dates debt was incurred

Last 4 digits of account
number          N/A

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

---

| | Amount of claim |
|---|---|
| | $84.81 |

**3.155** | Nonpriority creditor's name and mailing address

Worldwide Express

PO Box 27400

Houston          TX          77227

Date or dates debt was incurred

Last 4 digits of account
number          N/A

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☐ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Hines Interests Limited Partnership | Line        3.154 | |
| Attention: Property Manager | | |
| 2800 Post Oak Blvd, Suite 250 | ☐ Not Listed. Explain | |
| Houston          TX      77056 | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Holland & Knight LLP | Line        3.154 | |
| 200 Crescent Court | | |
| Suite 1600 | ☐ Not Listed. Explain | |
| Houston          TX      75201 | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Williams Tower, LP | Line        3.154 | |
| Attenton Asset Managerc/o Invesco Advisers, Inc | | |
| 2001 Ross Avenue, Suite 3400 | ☐ Not Listed. Explain | |
| Houston          TX      75201 | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | **5a.** | | $0.00 |
| | | | + Undetermined |
| 5b. Total claims from Part 2 | **5b.** | + | $12,312,964.91 |
| | | | + Undetermined |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | **5c.** | | $12,312,964.91 |
| | | | + Undetermined |

**Fill in this information to identify the case:**

Debtor name  __Interchem USA Inc.__

United States Bankruptcy Court for the:  __Southern District of Texas Houston Division__

Case number (If known):  __N/A__

Official Form 206G

☐ Check if this is an
amended filing

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ **Yes. Fill in the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | **WILLIAMS TOWER, L.P** |
| | State the term remaining | 3/31/2026 | **2800 Post Oak Boulevard** |
| | | | **Suite 5201** |
| | List the contract number of any government contract | | **Houston, TX 60173 USA** |

**Fill in this information to identify the case:**

Debtor name: __Interchem USA Inc.__

United States Bankruptcy Court for the: __Southern District of Texas Houston Division__

Case number (If known): __N/A__

Official Form 206H

☐ Check if this is an amended filing

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☑ **No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.**

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Fill in this information to identify the case:**

Debtor name  Interchem USA Inc.

United States Bankruptcy Court for the: Southern District of Texas Houston Division

Case number (If known): N/A

Official Form 206Sum

☐ Check if this is an
amended filing

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | Summary of Assets |
| --- | --- |

**1. Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)**

1a. Real property:
Copy line 88 from Schedule A/B........................................................................

$0.00

1b. Total personal property:
Copy line 91A from Schedule A/B......................................................................

$2,747,209.49

1c. Total of all property:
Copy line 92 from Schedule A/B........................................................................

$2,747,209.49

| **Part 2:** | Summary of Liabilities |
| --- | --- |

**2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)**

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule
D.........................................................................................................................

$0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

3a. Total claim amounts of priority unsecured claims:
Copy the total claims from Part 1 from line 5a of Schedule E/F..................................

$0.00
+ Undetermined

3b. Total amount of claims of nonpriority amount of unsecured claims:
Copy the total of the amount of claims from Part 2 from line 5b of Schedule
E/F......................................................................................................................

$12,312,964.91
+ Undetermined

**4. Total liabilities**........................................................................................................
Lines 2 + 3a + 3b

$12,312,964.91
+ Undetermined

**Fill in this information to identify the case:**

Debtor name ___Interchem USA Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas Houston Division___

Case number (If known): ___N/A___

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/29/2019___          ✗ _____
              MM / DD / YYYY                     Signature of individual signing on behalf of the debtor

                                          ___Rob Langstraat___
                                          Printed name

                                          ___President___
                                          Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors