IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-31920-H3-7 |
| INTERCHEM USA INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## TRUSTEE'S REPORT OF SALE BY AUCTIONEER

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Janet S. Northrup, (the "Trustee") of the above entitled and numbered proceeding and respectfully represents as follows:

1.  Shattuck, LLC ("Shattuck"), an auction company approved by the U. S. Trustee, provided Trustee with the following report of sale of the assets of this estate.

2.  The public on-line auctions were conducted by Shattuck, one auction beginning on July 29, 2019 at 10:00 a.m., CDT, and continuing until August 12, 2019 at 5:00 p.m. and the other beginning on August 9, 2019 at 10:00 a.m., CDT, and continuing until August 23, 2019 at 5:00 p.m. The items placed in auction were a 2016 BMW, office furniture, furnishings and Philip Gurlik paintings (the "Assets"). The total amount recovered from the auctions was $35,749.19, consisting of $32,499.26 from the sales of the assets and $3,249.93 from the buyer premium returned to the bankruptcy by Shattuck (the "Sales Proceeds").

3.  **Exhibit "A"** further provides the various bids made at the sale and the fees and expenses incurred by Shattuck. Notice of the sale was served on all creditors and parties in interest by the Trustee.

4.  Prior to the date of sale, Shattuck organized, advertised and generally prepared for the sale of the assets of the bankrupt estate. After the auction sale, Shattuck prepared

3075428_1

invoices, collected all monies due the Trustee, turning said money over to Trustee, and supervised the delivery operation, seeing that the buyer received its purchase and protecting the Trustee's interest.

5. Pursuant to the Court's Order entered on July 22, 2019 [Docket No. 30], Shattuck remitted the auction proceeds to the Trustee. Shattuck has been compensated the amount of $8,236.89, consisting of $4,874.89 for its approved compensation which represents fifteen percent (15%) of the proceeds from the sale of the assets and $3,200.00 for reimbursable expenses. An additional $162.00 was reimbursed to Shattuck for document shredding that was necessary for the administration of the estate.

Dated this 21st day of February 2020.

Respectfully submitted,

/s/ Janet S. Northrup
Janet S. Northrup
Chapter 7 Trustee
Total Plaza
1201 Louisiana, Ste. 2800
Phone:   713.759.0818
Fax:       713-759.6834
Email:    jsn@hwa.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Trustee's Report of Sale by Auctioneer* was served to all parties listed on the "Service List" attached hereto via electronic notice and/or first-class U.S. mail, postage prepaid on this the 21st day of February 2020.

/s/ Janet S. Northrup
Janet S. Northrup, Trustee

3075428_1

## SERVICE LIST

**Debtor**
*Interchem USA Inc.
2800 Post Oak Blvd., Suite 5201
Houston, TX  77056

InterChem USA Inc.
c/o Robert Langstraat
*Via Email* rob.langstraat@interchemasia.com.sg

**Debtor's Counsel**
William A. (Trey) Wood
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002
*Via ECF:* trey.wood@bracewell.com

**Chapter 7 Trustee**
Janet S. Northrup
Hughes Watters Askanase
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002

**Office of the U.S. Trustee**
Hector Duran
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
*Via ECF:* Hector.Duran.Jr@usdoj.gov

**20 Largest Creditors**
AFCO Energy PTE, Ltd.
Attn:  Henry Kollenberg
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, TX  77010

BASF Corporation
Attn:  Theodore Korth, Sr., Legal Counsel
11750 Katy Freeway, Suite 120
Houston, TX  77079

Braskem Idesa S.A.P.I.
Attn:  Lorena Villasenor
Blvd Manuel Avila Camacho 36 PS 24
Lomas De Chapultepec
Miguel Hidalgo
CP 11000 Mexico D.F.

Citgo Petroleum Corporation
1293 Eldridge Parkway
PO Box 4689
Houston, TX  77077

Colonial Pipeline Company
Attn:  Julie Angelini
Managing Attorney, Litigation
1185 Sanctuary Parkway, Suite 100
Alpharetta, GA  30009

Dow Chemical Company
1254 Enclave Parkway
Houston, TX  77077

Fusion Brokerage USA
9555 W Sam Houston Pkwy S
Suite 4348
Houston, TX  77099

Galveston County
c/o Tara L. Grundemeier
Linebarger Goggan et al.
PO Box 3064
Houston, TX  77253

Ineos Phenol, LLC
7770 Rangeline Road
Theodore, AL  36582

InterChem Pte Ltd
Attn:  Paulo Schutz
40 Bukit Pasoh Road
Singapore  089854

*undeliverable

Internal Revenue Service
55 West 125th Street Front 1
New York, NY 10027

Koch Supply & Trading
Attn: Treasury Department
4111 East 37th Street North
Wichita, KS 67220

Kolmar Americas, Inc.
10 Middle Street
Penthouse
Bridgeport, CT 06604

LBC Baton Rouge, LLC
2625 Bay Area Blvd., Suite 200
Houston, TX 77058

Marathon Petroleum Company, LP
Attn: Kevin Kachur
539 South Main Street
Findlay, OH 45840

Parachem Chemicals, LP
3500 Broad Street
Montreal, QC H1B 5B4

Raetsheren Van Orden B.V.
Arcadialaan 36a
PO Box 1015
KA Alkmaar NLD 1810

Shell Chemical, LP
One Shell Plaza
PO Box 2463
Houston, TX 77252-2463

Texas International Terminals LTD
4800 Port Industrial Road
Galveston, TX 77554

Williams Tower, LP
c/o Brian Smith
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201

**Parties Requesting Notice**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
*Office of Unemployment*
*Compensation Tax Services*
*Via ECF*

Tara L. Grundemeier
Linbarger Goggan et al.
PO Box 3064
Houston, TX 77253-3064
Via Email: Houston_bankruptcy@publicans.com
*Harris County*
*Texas City ISD*
*Galveston County*
*Via ECF*

C. Henry Kollenberg
Crain, Caton & James, P.C.
1401 McKinney Street, Suite 1700
Houston, TX 77010
*AFCO Energy PTE, Ltd.*
*Via ECF*

E. Stuart Phillips
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*Via ECF*: Bk-sphillips@oag.texas.gov
*Via ECF*: Sherri.simpson@oag.texas.gov

3068298:INTERCH-0002