B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re InterChem USA, Inc.,　　　　　　　　　　　　　　Case No. 19-31920

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Coloured Finches B.V. | AFCO Energy PTE. Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Herengracht 456
  1017 CA Amsterdam, the Netherlands

Court Claim # (if known): 10
Amount of Claim: $331,612.16
Date Claim Filed: 06/25/2019

Phone: +31202050431 / +31653309540
Last Four Digits of Acct #: _____

Phone: +65 6438 3404
Last Four Digits of Acct. #: 8008

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jan-Willem van der Velden　　　　　　　　Date: 03/08/2021
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.